# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRUCE YANDELL**                                                                                          **PLAINTIFF**

v.                                    No. 3:25-cv-00106-DPM-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                                             **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 10*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 24 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE