IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRUCE YANDELL                                                                       PLAINTIFF

v.                              No. 3:25-cv-106-DPM

SOCIAL SECURITY
ADMINISTRATION,
Commissioner                                                                       DEFENDANT

ORDER

The parties agree that Yandell is entitled to an award of attorney's fees. Yandell's motion, *Doc. 13*, is therefore granted. The hours billed and agreed fee are reasonable. The Court awards $6,127.50 as an attorney's fee. 28 U.S.C. § 2412(d). The check must be made payable to Yandell. And it should be mailed to Yandell's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2025